WILLIAM P. WINTER, JR., APPELLEE, V.
BRUCE I. DOANE, APPELLANT.

315 N.W.2d 262

Filed January 29, 1982. No. 43824.

Norman E. Stephens and Donald R. Janousek for appellant.

John O. Sennett of Black & Sennett for appellee.

Heard before KRIVOSHA, C.J., McCOWN, and HASTINGS, JJ., and FUHRMAN and CAPORALE, District Judges.

PER CURIAM.

The District Court's finding of the defendant Doane to be in contempt and its dismissal of his cross-petition as a sanction for failing to answer a deposition question ordered answered by the court was correct and is affirmed. See *Campbell v. Lutz*, 182 Neb. 27, 152 N.W.2d 101 (1967).

AFFIRMED.